IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBORAH ANN TARVER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                      CASE NO. 1D14-4799

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

Opinion filed October 2, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Deborah Ann Tarver, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.